IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

Vs.               CASE NO. 4:08cr0426-01 JMM

BOBBY SHANE PARKER

## ORDER

The United States' motion for issuance of a summons and cancellation of warrant (DE #37) is granted. The United States Marshals Service is directed to return the warrant unexecuted.

The Clerk is directed to issue a summons and the United States Marshal is directed to serve the summons and a copy of this Order on Defendant to appear Friday, **December 13, 2013 at 9:15 a.m.**, Richard Sheppard Arnold United States Courthouse, 500 West Capitol, Room 4A, Little Rock, Arkansas, for a hearing on the motion to revoke supervised release (DE #34). The summons should state that the defendant is to report to the United States Probation Office thirty (30) minutes prior to the scheduled hearing. The Clerk is directed to provide a copy of the motion to the United States Marshal. Mr. Justin Eisele, Assistant Federal Public Defender is provisionally appointed to represent Defendant in the revocation proceedings. The United States Probation Office is directed to obtain a completed financial affidavit from Defendant and provide a copy to the Court to determine if Defendant is financially unable to employ counsel.

The Clerk is directed to provide a copy of this Order to the United States Probation Office.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE